UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGELA RENEE BAKER,<br><br>                              Petitioner,<br>   v.<br>STATE OF NEVADA, et al.,<br><br>                              Respondents. | Case No. 2:18-cv-01698-APG-NJK<br><br>ORDER DISMISSING CASE |

Court mail has been returned from the Clark County Detention Center (CCDC), which was the last institutional address given by the petitioner. CCDC's inmate locator reflects that the petitioner is no longer in custody there. The petitioner has not filed an updated notice of change of address. Because the petitioner has failed to comply with Local Rule LR IA 3-1, which requires that she immediately file written notification of any change of address, this action shall be dismissed.

It therefore is ordered that this action is dismissed without prejudice. The clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 18th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE